# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| GUADALUPE ADAMS, Individually, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 6:15-cv-3346 |
| | : | |
| CAPKO, CAPKO & GRIFFITH, LLC. | : | |
| A Domestic Limited Liability Company | : | |
| Defendant | : | |
| _____ | : | |
| | : | |

## ORDER

Before the Court is the parties' Joint Stipulation of Full and Final Dismissal with Prejudice.  (Doc. No. 29).  After reviewing the parties' stipulation, along with the record before the Court, the Court hereby **ORDERS** that:

1) The above-styled cause is hereby DISMISSED with prejudice;

2) The parties bear their own respective attorneys' fees and costs; and

3) To the extent not otherwise disposed herein, all pending motions are hereby denied or moot and the case is closed.

**IT IS SO ORDERED.**

Date:  March 3, 2016

_s/ Douglas Harpool_____
Douglas Harpool
United States District Judge